# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-2251

_____

United States of America

*Plaintiff - Appellee*

v.

Eldon Philip Anderson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota - St. Paul

_____

Submitted: September 20, 2016
Filed: September 23, 2016
[Unpublished]

_____

Before WOLLMAN, ARNOLD, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Eldon Philip Anderson appeals following the district court's[1] revocation of his supervised release and imposition of a 6-month sentence. Mr. Anderson's sole

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

argument on appeal is that the district court committed a Sixth Amendment error by permitting him to waive his fundamental right to counsel without giving him the warnings required by Faretta v. California, 422 U.S. 806 (1975). We disagree. The Sixth Amendment does not apply here. See United States v. Boultinghouse, 784 F.3d 1163, 1171 (7th Cir. 2015) (Sixth Amendment, which grants defendant right to assistance of counsel at all critical stages of criminal proceeding, does not apply in hearing convened to decide if supervised release should be revoked). Further, we find that the district court did not abuse its discretion in accepting Mr. Anderson's waiver of his right to counsel in the revocation proceeding, as the totality of the circumstances reflect that he made a knowing and voluntary choice to proceed on his own. See id. at 1171-72. The judgment of the district court is affirmed. See 8th Cir. R. 47B.

———————————————————